1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10          SAN JOSE DIVISION

11

12   SCOTT JOHNSON,                          Case No. 16-cv-05227-HRL

            Plaintiff,
13
      v.                                      **ORDER TO SHOW CAUSE RE**
14                                            **SETTLEMENT**

     BAY AREA AUTO CARE, INC.,
15
            Defendant.
16

17        The court having been informed that this case has settled, all previously scheduled

18   deadlines and appearances are vacated.

19        On or before September 5, 2017, the parties shall file a stipulated dismissal pursuant to

20   Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, then the parties shall appear

21   in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose,

22   California on September 12, 2017, at 10:00 a.m. and show cause, if any, why the case should not

23   be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in

24   response to this Order to Show Cause no later than September 5, 2017, advising as to (1) the status

25   of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is

26   requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the

27   Order to Show Cause hearing will be automatically vacated and the parties need not file a

28   statement in response to this Order.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: 8/9/2017

_____
Howard R. Lloyd
United States Magistrate Judge